James S. **HARRIS**, Appellant,

v.

**STATE of Missouri, Respondent.**

**WD 78062**

Missouri Court of Appeals,
Western District,
**Western District.**

ORDER FILED: February 9, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied March
29, 2016

Damien De Loyola, Kansas City, MO, for Appellant.

Rachel Flaster, Jefferson City, MO, for Respondent.

---

Before Division Three: James Edward Welsh, P.J., Joseph M. Ellis, and Thomas H. Newton, JJ.

## ORDER

Per Curiam:

James Harris appeals the circuit court's judgment denying his Rule 29.15 post-conviction motion, in which he sought to vacate his convictions and sentences for first-degree assault and armed criminal action. We affirm the circuit court's judgment. Rule 84.16(b).